*Wednesday, December 9, 1992*

## MISCELLANEOUS DISMISSALS

**92–2285.** Winter v. Barberton. *Summit County,* No. 15458. Cause dismissed, on appellants' application for dismissal, effective December 7, 1992.

**92–2376.** Owens–Corning Fiberglas Corp. v. Limbach. Board of Tax Appeals, No. 89–X–152. Cause dismissed, on appellant's application to dismiss, effective December 8, 1992.

*Friday, December 11, 1992*

## MERIT DOCKET

**92–2087.** State ex rel. Flora v. Court of Appeals, Eighth Judicial Dist., Cuyahoga Cty. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
On motion for stay. Stay denied.
MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

## MOTION DOCKET

**89–2136.** State v. Bonnell. *Cuyahoga County,* No. 55927. On motion for stay. Motion granted.

**90–764.** Gardini v. Moyer. *Geauga County,* No. 89–G–1499. On motion to amend judgment entry and mandate. Motion denied.
SWEENEY, HOLMES and DOUGLAS, JJ., dissent.

**92–2038.** State v. Daniels. *Lorain County,* No. 92CA005285. On motion for appeal bond. Motion denied.

**92–2127.** State v. Gordon. *Lorain County,* Nos. 91CA005266 and 91CA005273. On motion to reconsider denial of extension. Motion granted and ten days allowed from the date of this entry.

**92–2313.** State v. Bates. *Delaware County,* No. 92CACO5019. On motion for stay and on motion for leave to file delayed appeal. Motions denied.

## DISCIPLINARY DOCKET

**91–2500.** Disciplinary Counsel v. Oglesby. On response to show cause order. Geoffrey Lynn Oglesby is granted until December 14, 1992 to purge himself by paying his board costs in full.

## MISCELLANEOUS DISMISSALS

**92–2223.** Warren v. Smeiles. *Portage County,* No. 91–P–2401. Cause dismissed, on appellant's application for dismissal, effective December 9, 1992.